## IN  THE  UNITED  STATES  DISTRICT  COURT
## FOR  THE  SOUTHERN  DISTRICT  OF  OHIO
## WESTERN  DIVISION  AT  DAYTON

| | | |
|---|---|---|
| WARREN EASTERLING | : | Case No. 3:12-cv-300 |
| Plaintiff, | : | |
| -vs- | : | |
| | | District Judge Timothy S. Black |
| STATE OF OHIO | : | Magistrate Judge Michael R. Merz |
| Defendant. | : | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendant, State of Ohio, filed with the Court on October 30, 2012, a motion to dismiss in this case [Doc # 8].   You should receive a copy of the motion directly from Defendant.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (October 30, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.   Your response must be filed with the Court not later than November 23, 2012.

October 30, 2012.

s/ *Michael R. Merz*

United States Magistrate Judge