UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WARREN EASTERLING,**            Case No.    3:12-CV-300

    Plaintiff,

                                               **Judge Timothy S. Black**

-vs-                                         **Magistrate Judge Michael R. Merz**

**STATE OF OHIO,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate (Doc. 12) is **ADOPTED**; the Complaint (Doc. 2) is **DISMISSED**; Plaintiff's Notice of Constitutional Challenge (Doc. 7) and Motion for Injunctive Relief (Doc. 11) are **DENIED as MOOT**; and the case is **CLOSED** from the docket of the Court.

Date: December 4, 2012                                   **JOHN P. HEHMAN, CLERK**

                                                              By: *s/ M. Rogers*
                                                              Deputy Clerk