UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WARREN EASTERLING, | : | Case No. 3:12-cv-300 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| STATE OF OHIO, | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. 16) AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT (DOC. 15)

This case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael R. Merz, who recommends that Plaintiff's motion for relief from judgment be denied. Neither party filed objections to the Report and Recommendations of the Magistrate Judge and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge *de novo*. Following that *de novo* review of the issues, and absent any objection by the parties, the Court **ADOPTS** the Report and Recommendations in its entirety (Doc. 16) and **DENIES** Plaintiff's motion for relief from judgment (Doc. 15). This case remains terminated on the docket of the Court.

**IT IS SO ORDERED.**

Date: 1/2/13

Timothy S. Black
United States District Judge